UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PERRY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE AMERICAN NATIONAL RED CROSS, et al.,<br><br>        Defendants. | Case No. 4:24-cv-05411-KAW<br><br>SECOND ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER<br><br>Re: Dkt. Nos. 18, 19 |

On November 19, 2024, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

On November 19, 2024, the Court order the parties to submit, within 7 days,

> (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

(Dkt. No. 19 at 1.) To date, the parties have not done so.

Accordingly, the parties are ordered to submit a compliant declaration by **December 6, 2024**. If the parties do not do so, the stipulation will be denied.

IT IS SO ORDERED.

Dated: December 2, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge