1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PERRY, an individual, | Case No. 4:24-cv-05411-KAW |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| AMERICAN RED CROSS, a corporation doing business in California; AMERICAN NATIONAL RED CROSS, a corporation doing business in California; AMERICAN RED CROSS OF CALIFORNIA; KERRY MORRIS, an individual, and SHEILA SNOWDEN, an individual, DOES 1 through 100, | |
| Defendants. | |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: December 16, 2025

HON. KANDIS A. WESTMORE
United States Magistrate Judge